# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ELWOOD G. HALL, <br><br> Defendant. | CR-90-17-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 9, 2017. (Doc. 86.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 1, 2017. (Doc. 86 at 2-3.) Hall admitted that he violated the conditions of his supervised release. *Id.* The violations prove serious and warrant revocation of Hall's supervised release. Judge Johnston has recommended that the Court revoke Hall's supervised release

1

and commit Hall to the custody of the Bureau of Prisons for six months. *Id.* Judge Johnston further has recommended that 54 months of supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Hall's violations of his conditions represent a serious breach of the Court's trust. A sentence custody of six months, followed by 54 months supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 86) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Elwood G. Hall be sentenced to custody for six months, followed by 54 months supervised release.

DATED this 31st day of August, 2017.

Brian Morris
United States District Court Judge