# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELWOOD G. HALL,<br><br>Defendant. | Case No. CR-90-17-GF-BMM<br><br>ORDER RESETTING<br>REVOCATION HEARING |

Defendant Elwood G. Hall having filed an Unopposed Motion to Withdraw Consent to Appear Before United States Magistrate Judge John T. Johnston;

IT IS HEREBY ORDERED that the Revocation Hearing in this matter, presently set for Thursday, March 22, 2018, at 10:00 a.m., is hereby VACATED.

IT IS FURTHER ORDERED that the Revocation Hearing is hereby rescheduled for the **21st day of March, 2018, at 11:00 a.m.**, before the Honorable Brian M. Morris.

DATED this 20th day of March, 2018.

_____
Brian Morris
United States District Court Judge

1