IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ELWOOD GENE HALL,<br><br>                    Defendant. | CR-90-17-GF-BMM<br><br>ORDER |

**IT IS HEREBY ORDERED** that Order, (Doc. 148) is hereby withdrawn.

DATED this 20th day of February, 2020.


_____
Brian Morris
United States District Court Judge